No. 395, Misc.   CHRISMAN v. CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.   MR. JUSTICE HARLAN and MR. JUSTICE WHITE are of the opinion that certiorari should be granted.   *Jack Wiseman* for petitioner.   *Thomas C. Lynch,* Attorney General of California, *Clifford K. Thompson, Jr.,* Deputy Attorney General, and *Albert W. Harris, Jr.,* Assistant Attorney General, for respondent.

No. 1037, Misc.   MAHONEY v. LAVALLEE, WARDEN.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS and MR. JUSTICE WHITE are of the opinion that certiorari should be granted.   *Gretchen White Oberman* and *Leon B. Polsky* for petitioner.   *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Brenda Soloff,* Assistant Attorney General, for respondent.

No. 1097, Misc.   HARRIS v. ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.   MR. JUSTICE WHITE is of the opinion that certiorari should be granted.   *John J. Cleary* for petitioner.   *William J. Scott,* Attorney General of Illinois, and *James R. Thompson, Joel M. Flaum, James B. Zagel,* and *Thomas J. Immel,* Assistant Attorneys General, for respondent.

No. 1104, Misc.   JACQUES v. NEW JERSEY.   Sup. Ct. N. J.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   MR. JUSTICE HARLAN dissents for the reasons stated in his separate opinion in *North Carolina* v. *Pearce, ante,* p. 744.   *Leo Kaplowitz* for respondent.